# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SHIRE LLC, ET AL.
*Plaintiff*

v.

Civil Action No.:
1:15–CV–13909–WGY

ABHAI LLC
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ABHAI, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — Matthew Paine
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2015–11–24 08:53:19.0**, Clerk USDC DMA

Civil Action No.: 1:15-CV-13909-WGY

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ ; a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Joyce Markley__ , who is designated by law to accept service of process on behalf of (name of organization) __ABHAI, LLC__ on (date) __11/24/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__11/25/15__
Date

_[signature]_
Server's Signature

# 145

__Thomas N. Vause__
Printed name and title

__N/A__
Server's Address

Additional information regarding attempted service, etc:

# VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Massachusetts** | **County of District of Massachusetts** | **United States District Court** |

Case Number: 1:15-CV-13909-WGY

Plaintiff:
**Shire LLC, et. al.**
vs.
Defendant:
**Abhai LLC**

For:
Defendant's Attorney

Received by Beacon Hill Research, Inc. on the 24th day of November, 2015 at 11:00 am to be served on **ABHAI, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Thomas N. Vause, being duly sworn, depose and say that on the **24th day of November, 2015** at **1:30 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons & Complaint for Patient Infringement, Attachment A with Exhibits** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Joyce Markley** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as **Registered Agent for ABHAI, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and not a party to this action. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

Subscribed and Sworn to before me on the 25th day of November, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

ROBYN LEIGH THORNTON
MY COMMISSION # EE 878232
EXPIRES: February 25, 2017
Bonded Thru Budget Notary Services

**Thomas N. Vause**
ID#145 2nd Circuit

Beacon Hill Research, Inc.
2 Park Plaza
Suite 409
Boston, MA 02116
(888) 452-5588
Our Job Serial Number: VPS-2015010032

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n