DECLARATION OF CARL C. PECK, M.D.

# EXHIBIT 1

| | |
|---|---|
| From: | Shabari Nyalakonda <SNyalakonda@kvkresearch.com> |
| Sent: | Wednesday, March 29, 2017 3:17 PM |
| To: | Sameer Late <SLate@kvktech.com>; Ashvin Panchal <pas@kvkresearch.com>; Ranga Namburi <ranga@kvkresearch.com> |
| Cc: | Murty Vepuri <mv@kvktech.com>; Anthony Tabasso- KVK <atabasso@kvktech.com> |
| Subject: | FW: [INFORMATION REQUEST] Amendment to Original 207489 - Mixed Amphetamine ER caps |

Good Afternoon,

Please see below email request from FDA regarding Mixed Amphetamine ER Capsules.


Regards,

Shabari


-----Original Message-----
From: DoNotReply@fda.hhs.gov [mailto:DoNotReply@fda.hhs.gov]
Sent: Wednesday, March 29, 2017 3:12 PM
To: Regulatory
Cc: tiffany.pokora@fda.hhs.gov; megan.tychinski@fda.hhs.gov
Subject: [INFORMATION REQUEST] Amendment to Original 207489

March 29, 2017

ANDA 207489
INFORMATION REQUEST
Original ANDA

ABHAI, LLC.
194 INLET DRIVE
SAINT AUGUSTINE, FL 32080
UNITED STATES

Attention: Shabari Nyalakonda

Dear Madam:

Please refer to your Abbreviated New Drug Application (ANDA) submitted on June 18, 2014, under section 505(j) of the Federal Food, Drug, and Cosmetic Act for Dextroamphetamine Saccharate, Amphetamine Aspartate Monohydrate, Dextroamphetamine Sulfate, and Amphetamine Sulfate Extended-Release Capsules, 10 mg, 15 mg, 20 mg, 25 mg, and 30 mg.

Please see deficiency comments below:

During November 22-25, 2016, the FDA Office of Study Integrity and Surveillance (OSIS) conducted (audited) a surveillance inspection for the clinical site, Phase One Solutions, Inc. (1405 NW 167th Street, Miami Gardens, FL 33169) used in the in vivo bioequivalence (BE) studies of ANDA 207493. During the OSIS inspection, clinical study records from this site, stored at a storage facility at 8700 NW 77th CT, Medley, FL, were audited. This clinical site is the same as used for the in vivo BE studies in the current application (ANDA 207489). FDA Form-483 was issued to this clinical site following the inspection. For considering the impact of the clinical site practices by the same facility on the BE studies of the current ANDA, the DB II reviewed the OSIS inspection report and found that the following objectionable finding by the OSIS at the above-mentioned clinical site could potentially compromise the integrity of the BE studies of the current ANDA as well:

Samples of the test article, reference standard used in a bioequivalence study were not retained.

Based on the above OSIS observation, please submit (i) all supportive documentation to confirm the identity of the drug products at dosing for pivotal in vivo BE studies (AI1402, AI1403, and AI1404) of the current ANDA, (ii) documentation of the Drug Receipt

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY                                                           ABHADD00132587

including the shipping and receiving documents of the test and reference products along with the purchase invoice for the reference product and Drug Repackaging/Dispensing procedures related to these pivotal in vivo BE studies, and (iii) any other necessary supporting documentation (if applicable) related to the retention of reserve samples.

Provide a complete response to these deficiencies by April 27, 2017. We will not process or review a partial response. Send your submission through the Electronic Submission Gateway http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway/default.htm. Facsimile or e-mail responses will not be accepted. Prominently identify the submission with the following wording in bold capital letters at the top of the first page of the submission:

INFORMATION REQUEST
BIOEQUIVALENCE
REFERENCE # 14014466

If FDA does not receive a complete response by April 27, 2017, the review will be closed and the listed deficiencies will be incorporated in a subsequent COMPLETE RESPONSE correspondence.

If you have any questions, contact Tiffany Pokora, Office of Bioequivalence Project Manager, at 240-402-5994 or tiffany.pokora@fda.hhs.gov.

Sincerely,

Tiffany Pokora, Pharm.D.
OFFICE OF GENERIC DRUGS
OFFICE OF BIOEQUIVALENCE
Center for Drug Evaluation and Research
U.S. Food and Drug Administration

KVK Research, Inc. email notice: The information contained in this email (including attachments) is confidential, may be privileged, may constitute inside information and is intended only for the use of the intended addressee and any others who have been specifically authorized by the sender to receive it; it may not be forwarded without permission of the sender. Employees, advisors, agents and representatives of KVK Research, Inc. do not provide scientific, technical, business, management, strategic, human resource, legal, accounting or tax advice. Any statement in this email (including any attachments) regarding scientific, technical, business, management, strategic, human resource, legal, accounting or tax matters was written in connection with the explanation of the matters described herein and was not intended or written to be relied upon or distributed by any person. Unauthorized dissemination, distribution, disclosure, or other use of the contents of this email, whether intended or unintended, is strictly prohibited, may be unlawful and will result in KVK Research, Inc. pursuing legal recourse against you to the fullest extent of the law. If you have received this email in error, please notify us immediately by return email or by calling (215) 579-1842 and destroy this message and all copies thereof, including any attachments.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY                              ABHADD00132588