DECLARATION OF CARL C. PECK, M.D.

# EXHIBIT 3

| | |
|---|---|
| **From:** | Wong, Rebecca (FDA) |
| **To:** | Regulatory |
| **Subject:** | RE: [EASILY CORRECTABLE DEFICIENCY] Amendment to Original |
| **Date:** | Friday, April 14, 2017 9:06:39 AM |

Good Morning,

Please acknowledge receipt of the following ECD.

Thanks
-Rebecca

Rebecca Wong, PharmD, BCPS
LCDR, United States Public Health Service
Project Manager
Office of Generic Drugs, Office of Bioequivalence
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
Tel: 301-348-1464
Rebecca.Wong@fda.hhs.gov

-----Original Message-----
From: DoNotReply@fda.hhs.gov [mailto:DoNotReply@fda.hhs.gov]
Sent: Friday, April 14, 2017 9:05 AM
To: Regulatory@kvktech.com
Subject: [EASILY CORRECTABLE DEFICIENCY] Amendment to Original

April 14, 2017

ANDA 207489
EASILY CORRECTABLE DEFICIENCY
Original ANDA

ABHAI, LLC.
194 INLET DRIVE
SAINT AUGUSTINE, FL 32080
UNITED STATES

Attention: Shabari Nyalakonda

Dear Sir/Madam:

Please refer to your Abbreviated New Drug Application (ANDA) submitted on June 18, 2014, and your amendment dated April 03, 2017, under section 505(j) of the Federal Food, Drug, and Cosmetic Act for Dextroamphetamine Saccharate, Amphetamine Aspartate Monohydrate, Dextroamphetamine Sulfate, and Amphetamine Sulfate Extended-Release Capsules 10 mg, 15 mg, 20 mg, 25 mg, and 30 mg .

Please see deficiency comments below:

The deficiencies presented below represent EASILY CORRECTABLE DEFICIENCY identified during the full ANDA review and the current ANDA review cycle will remain open. The following comments should be communicated to the firm.

1.    Per information provided by you (Module 1.2-cover letter; page #4 of 44) in the amendment dated April 3, 2017, 400 capsules each of the test and reference products, 30 mg, were shipped to the clinical study site; the total

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

ABHADD00162400

number of samples used in the bioequivalence (BE) studies was 97 capsules for the reference product and 98 capsules for the test product; and 303 retained capsules for the reference product and 302 retained capsules for the test product were retrieved and destructed by DEA.  However, per data provided in your fasting (AI1402), fed (AI1403), and sprinkle fasting (AI1404) BE study reports, the number of subjects who received both the test and reference products is 28, 40, and 28, respectively.  Thus, a total of 96 capsules each of the test and reference products were used in the BE studies.  Please explain this discrepancy in the number of test and reference product capsules used in the BE studies, along with supporting documentation.

2.      Per DEA receipt (Module 1.2-cover letter; page #6 of 44), DEA retrieved 303 units of Mixed Amphetamine ER Capsules, 30 mg, and >700 units of Adderall XR® Capsules, 30 mg from the clinical site.  However, per documentation provided by you (Module 1.2-cover letter; page #4 of 44), retained samples retrieved and destructed by DEA is 302 units of Mixed Amphetamine ER Capsules, 30 mg and 303 units of Adderall XR® Capsules, 30 mg. Please explain the reason (s) for this discrepancy, along with supporting documentation.

Provide a complete response to these deficiencies by April 24, 2017.  We will not process or review a partial response. Send your submission through the Electronic Submission Gateway http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway/default.htm.  Facsimile or e-mail responses will not be accepted.  Prominently identify the submission with the following wording in bold capital letters at the top of the first page of the submission:

EASILY CORRECTABLE DEFICIENCY
BIOEQUIVALENCE
REFERENCE # 14389721

If FDA does not receive a complete response by April 24, 2017, the review will be closed and the listed deficiencies will be incorporated in a subsequent COMPLETE RESPONSE correspondence.  For more information, please refer to the guidance for industry, ANDA Submissions - Amendments and Easily Correctable Deficiencies Under GDUFA, available on FDA's website.

If you have any questions, contact Rebecca Wong, Office of Bioequivalence Project Manager, at 301-348-1464 or rebecca.wong@fda.hhs.gov.

Sincerely,

Rebecca Wong, PharmD, BCPS
OFFICE OF GENERIC DRUGS
OFFICE OF BIOEQUIVALENCE
Center for Drug Evaluation and Research
U.S. Food and Drug Administration

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

ABHADD00162401