DECLARATION OF CARL C. PECK, M.D.

# EXHIBIT 9

*Contains Nonbinding Recommendations*

**Draft Guidance on Amphetamine Aspartate; Amphetamine Sulfate; Dextroamphetamine Saccharate; Dextroamphetamine Sulfate**

> This draft guidance, once finalized, will represent the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the Office of Generic Drugs.

**Active ingredient:**         Amphetamine Aspartate; Amphetamine Sulfate; Dextroamphetamine Saccharate; Dextroamphetamine Sulfate

**Form/Route:**              Tablets/Oral

**Recommended studies:**     2 studies

1. Type of study: Fasting
   Design: Single-dose, two-way crossover in vivo
   Strength: 7.5 mg; 7.5 mg; 7.5 mg; 7.5 mg
   Subjects: Healthy males and nonpregnant females, general population.
   Additional Comments:
   _____

2. Type of study: Fed
   Design: Single-dose, two-way crossover in vivo
   Strength: 7.5 mg; 7.5 mg; 7.5 mg; 7.5 mg
   Subjects: Healthy males and nonpregnant females, general population.
   Additional Comments: Please refer to the Amantadine Hydrochloride Tablet Draft Guidance for additional information regarding fed studies.
   _____

**Analytes to measure (in appropriate biological fluid):** D-amphetamine and l-amphetamine, measured separately in plasma

**Bioequivalence based on (90% CI):** D-amphetamine and l-amphetamine

**Waiver request of in vivo testing:** (1. 25 mg; 1.25 mg; 1.25mg; 1.25 mg), (1.875 mg, 1.875 mg; 1.875 mg: 1.875 mg), (2.5 mg, 2.5 mg. 2.5 mg, 2.5 mg), (3.125 mg, 3.125 mg, 3.125 mg, 3.125 mg), (3.75 mg, 3.75 mg, 3.75 mg, 3.75 mg), (5 mg, 5 mg, 5 mg, 5 mg) strengths based on (i) acceptable bioequivalence studies on the (7.5 mg, 7.5 mg, 7.5 mg, 7.5 mg) strength, (ii) acceptable dissolution testing across all strengths, and (iii) proportional similarity in the formulations across all strengths.

**Dissolution test method and sampling times:**
**Please note that a Dissolution Methods Database** is available to the public at the OGD website at http://www.accessdata.fda.gov/scripts/cder/dissolution/. Please find the dissolution information for this product at this website. Please conduct comparative dissolution testing on 12 dosage units each of all strengths of the test and reference products. Specifications will be determined upon review of the application.

*Recommended Dec 2008; Revised Nov 2013*